Keith McAllister
Attorney at Law, #71857
P.O. Box 864
Tiburon, CA 94920
(415) 435-2338
Fax: (415) 435-2521
kkmcallister@gmail.com

Attorney for Chapter 7
Corporate Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) CASE NO. 09-33212 |
| | ) |
| | ) CONTINUED 341 MEETING |
| AMBUR REALTY, INC., | ) |
| a California corporation, | ) Date: December 4, 2009 |
| | ) Time: 8:00 a.m. |
| Debtor. | ) Place: 235 Pine Street, Suite 850 |
| | ) San Francisco, CA 94104 |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

PLEASE TAKE NOTICE that the first meeting of creditors, originally scheduled for hearing on November 30, 2009, has been continued by agreement between the Debtor and the Chapter 7 Trustee.

Dated: November 4, 2009

_____
K. Keith McAllister
Attorney for Debtor

# CERTIFICATE OF SERVICE

I, ELIZABETH CARPENTER, certify that:

I am over the age of eighteen and not a party to the above-entitled action; my business address is 60 Crescent Lane, Novato, California 94947.

On this date I caused to be served a true copy of the CONTINUED 341 MEETING as follows:

Creditor Matrix List Attached

by mail to the addresses above and placed in an envelope with postage fully paid and put in a mailbox located in Novato, CA.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Novato, California on November 5, 2009.

*Elizabeth Carpenter*
Elizabeth Carpenter

```
Label Matrix for local noticing          Ambur Realty, Inc.                        BAX Technology
0971-3                                   535 York Street                           535 York Street
Case 09-33212                            San Francisco, CA 94110-1438              San Francisco, CA 94110-1438
Northern District of California
San Francisco
Wed Nov  4 12:03:57 PST 2009

Bank Of America                          CA Employment Development Dept.           CA Franchise Tax Board
P.O. Box 2864                            Bankruptcy Group MIC 92E                  Special Procedures Bankruptcy Unit
Hartford, CT  06101                      P.O. Box 826880                           P.O. Box 2952
                                         Sacramento, CA 94280-0001                 Sacramento, CA 95812-2952


Chief Tax Collection Section             Christian City Church                     Franchise Tax Board
Employment Development Section           1201 8th St.                              P.O. Box 924857
P.O. Box 826203                          San Francisco, CA 94107-2236              Sacramento, CA  94257
Sacrament, CA 94230


K Keith McAllister                       Metaliq, Inc.                             Office of the U.S. Trustee / SF
Law Offices of K. Keith McAllister       535 York Street                           Office of the U.S. Trustee
P. O.  Box 864                           San Francisco, CA 94110-1438              235 Pine St
Tiburon, CA 94920-0864                                                             Suite 700
                                                                                   San Francisco, CA 94104-2736


Powers Rewards Visa 053                  SDR Acquistion Company LLC                U.S. Attorney
P.O. Box 15710                           540 Hampshire St.                         Civil Division
Wilmington, DE  19886-5710               San Francisco, CA 94110-1417              450 Golden Gate Ave.
                                                                                   San Francisco, CA 94102-3661


U.S. Small Business Administration       Andrea A. Wirum
S.F. Division Office                     P.O. Box 1108
455 Market St., 6th Fl.                  Lafayette, CA 94549-1108
San Francisco, CA 94105-2449
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Dennis Montali                        End of Label Matrix
San Francisco                            Mailable recipients    16
                                         Bypassed recipients     1
                                         Total                  17
```